■ ROBERT HILDRETH et al., Respondents, v AMY KOTZIN, Appellant. [864 NYS2d 379]—Appeal from an order of the Monroe County Court (John R. Schwartz, A.J.), entered March 13, 2007. The order affirmed a judgment of Penfield Town Court (Sidney T. Farber, J.), entered September 26, 2006, in favor of plaintiffs in a small claims action.

It is hereby ordered that the order so appealed from is unanimously affirmed with costs. Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.